United States District Court
Northern District of Texas
Office of the Clerk
Dallas Division

USA

vs

Hernandez, Diana Yamile

Case Number: 3:15-CR-167L

Receipt of Passport

The deputy clerk below acknowledges receipt of the following Passport.

Identfication Number: 02050067835 Mexico

Tendered by: Diana Yamile Hernandez

For the Benefit of: Diana Yamile Hernandez Garcia

Description: Expired Passport

Karen Mitchell
Clerk of Court

Doug Thornton, Deputy Clerk
Date: 05/12/2015