# UNITED STATES DISTRICT COURT

Northern _____ District of _____ Texas

UNITED STATES OF AMERICA

V.

DIANA YAMILE HERNANDEZ

**WARRANT FOR ARREST**

Case Number: 3:15-cr-167-L-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DIANA YAMILE HERNANDEZ _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petiton   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her (brief description of offense)

Misrepresentation of a Social Security Number
False Statements Under Penalty of Perjury, Aiding and Abetting

in violation of Title   42; 18   United States Code, Section(s)   408(a)(7)(B); 152(3) and 2

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

*Karen Mitchell* (signature)
Signature of Issuing Officer

United States Magistrate Judge Renee Harris Toliver     May 7, 2015     Dallas, Texas
                                                         Date           Location

By: s/ Y.Pace
    Deputy Clerk

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

1100 Commerce St. 16th Floor
Dallas, TX 75242

| DATE RECEIVED 5/5/15 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/11/15 | JOSEPH J. LUNA, Special Agent | *signature* |